No. 52, Misc. SMITH ET AL. *v.* DOUGHERTY, CHIEF JUSTICE, COOK COUNTY CRIMINAL COURT, ET AL. C. A. 7th Cir. Certiorari denied. Petitioners *pro se.* *Harold Marovitz* for Hon. Charles A. Dougherty, and *Charles D. Snewind* for John Gretknecht, respondents. ▮

No. 123, Misc. MULLIGAN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se.* *Louis M. Greenblott* for respondent.

No. 51, Misc. GILES *v.* OHIO ET AL. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se.* *John T. Corrigan* for respondents.

No. 138, Misc. DUNLAP *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 166, Misc. WARREN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 173, Misc. RUBLE *v.* SACKS, WARDEN. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se.* *Mark McElroy,* Attorney General of Ohio, and *Aubrey A. Wendt,* Assistant Attorney General, for respondent.

No. 192, Misc. HAMMIL *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. *Samuel D. Menin* for petitioner. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 340, Misc. PITCHCUSKIE *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.